UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STARR PANNONE, an individual,

    Plaintiff,

vs.                                          Case No.: 3:15-cv-1111-J-39JRK

BLUESTEM BRANDS, INC.,
a Delaware corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Starr Pannone, by and through her undersigned attorney, pursuant to Rule 3.08, Local Rules of the United States District Court, Middle District of Florida, hereby provides notice of the settlement of the above referenced action. Plaintiff requests that the Court enter an order directing that the action be dismissed subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

/s/ Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Fort Lauderdale, Florida 33316
(954) 763-8660
(954) 763-8607 FAX
Email: rwmurphy@lawfirmmurphy.com
and rphyu@aol.com
COUNSEL FOR PLAINTIFF

### **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Peter B. King, Esquire and Callan L. Albritton, Esquire, Wiand Guerra King P.L., 5505 W. Gray Street, Tampa, FL 33609 and on Nadia Malik, Esquire, Faegre Baker Daniels LLP, 3200 Wells Fargo Center, 1700 Lincoln Street, Denver, CO 80203, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

              /s/  Robert W. Murphy
              Attorney