UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STARR PANNONE, an individual,

    Plaintiff,

v.                                    Case No. 3:15-cv-1111-J-39JRK

BLUESTEM BRANDS, INC., a
Delaware corporation,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Notice of Settlement (Doc. 11; Notice) filed on October 23, 2015. In the Notice, Plaintiff advises the Court that this case has been resolved. <u>See</u> Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The Clerk of Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

2. The parties shall have until **January 19, 2016**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

3. If the parties have not so stipulated or moved the Court by the **January 19, 2016,** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 20th day of November, 2015.

                                                BRIAN J. DAVIS
                                              United States District Judge

- 2 -

**Copies furnished to:**

Counsel of Record
Unrepresented Parties

**ap**