UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STARR PANNONE, an individual,

    Plaintiff,

vs.                                                           Case No.: 3:15-cv-1111-J-39JRK

BLUESTEM BRANDS, INC.,
a Delaware corporation,

    Defendant.
_____/

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, Starr Pannone, an individual, and Defendant, Bluestem Brands, Inc., a Delaware corporation, by and through their undersigned attorneys, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby file this their joint notice of dismissal with prejudice.

| | |
|---|---|
| /s/ Robert W. Murphy | /s/ Peter B. King |
| Robert W. Murphy, Esquire | Peter B. King, Esquire |
| Florida Bar No. 717223 | Florida Bar No. 0057800 |
| 1212 SE 2nd Avenue | Wiand Guerra King P.A. |
| Fort Lauderdale, FL 33316 | 5505 W. Gray Street |
| Telephone: (954) 763-8660 | Tampa, FL 33609 |
| Telecopier: (954) 763-8607 | Telephone: (813) 347-5100 |
| Email: rphyu@aol.com | Telecopier: (813) 347-5198 |
| Counsel for Plaintiff | Email: pking@wiandlaw.com |
| | Counsel for Defendant |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Peter B. King, Esquire, Wiand Guerra King P.A., 5505 W. Gray Street, Tampa, FL 33609 and on Nadia Malik, Esquire, Faegre Baker Daniels LLP, 3200 Wells Fargo Center, 1700 Lincoln Street, Denver, CO 80203, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

      /s/  Robert W. Murphy
      Attorney